```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MARYLAND

KERI DWYER                      *
     Plaintiff                  *
v.                              *
                                *    Civil Action No. WMN-15-2322
DISCOVER FINANCIAL SERVICES     *
DBA: DISCOVER CARD              *
     Defendant                  *
                                *
  *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
```

**ORDER**

In accordance with the accompanying Memorandum, and for the reasons stated therein, IT IS this 2nd day of December, 2015, by the United States District Court for the District of Maryland, ORDERED:

(1) That Defendant's Motion to Compel Arbitration and to Dismiss Plaintiff's Claim, ECF No. 4, is GRANTED, and that this case is DISMISSED;

(2) That this action is CLOSED; and

(3) That the Clerk of the Court shall transmit a copy of this Memorandum and Order to all counsel of record.

```
                    _____/s/_____
                    William M. Nickerson
                    Senior United States District Judge
```